IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ROY BARTLEY**                                              3:13-CV-01410 RE

          Plaintiff,                                **JUDGMENT**

    v.

**CAROLYN W. COLVIN,** Acting
Commissioner of Social Security,

          Defendant.

**REDDEN**, Judge:

    The decision of the Commissioner is affirmed. This action is dismissed.

IT IS SO ORDERED.

Dated this _14_ day of July, 2014.

                                                      James A. Redden
                                                      United States District Judge

JUDGMENT